IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE M. WILLIS,

      Plaintiff,                                     No. CIV S-07-0219 FCD EFB PS

      vs.

CHRISTY LOWERY, et al.,               <u>ORDER</u>

      Defendants.

_____/

This action, in which plaintiff is proceeding pro se, was referred to the undersigned under Local Rule 72-302(c)(21), pursuant to 28 U.S.C. § 636(b)(1). On October 10, 2007, the court issued findings and recommendations that the action be dismissed, and granted the parties ten (10) days in which to file objections thereto.

On October 24, 2007, plaintiff filed a request for an extension of time to object to the findings and recommendations, claiming the additional time was needed due to "emergenc[ies] arising out the wild fire disaster in Southern California." Good cause appearing, the court hereby grants plaintiff ten days from the date of service of this order to file objections to the findings and recommendations. No further extensions will be permitted.

SO ORDERED.

DATED: October 30, 2007.

*[signature]*

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE