IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE M. WILLIS,

     Plaintiff,                        CIV-S-07-0219 FCD EFB PS

     vs.

CHRISTY LOWERY, et al.,

     Defendants.                 <u>ORDER</u>

_____/

     On October 10, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. After receiving an extension of time to file objections, plaintiff filed his objections on November 9, 2007, and they were considered by the undersigned.[1]

---

[1] The recommendation of dismissal was based on plaintiff's failure to timely file an amended complaint. Although plaintiff sought and received an extension of time to file objections to those findings and recommendations, he never sought an extension of time to file an amended complaint, and his objections do not address his failure to do so. Further, he does not object to the court's reasoning in dismissing the original complaint with leave to amend, nor do his objections address the court's concerns regarding federal subject matter jurisdiction expressed in the August 22, 2007, dismissal order. Rather, plaintiff's objections concern only the magistrate judge's authority to dismiss the original complaint with leave to amend. The court has considered plaintiff's objections, and finds them unavailing. Further, in light of plaintiff's failure to file an amended complaint that

1

1      This court reviews de novo those portions of the proposed findings of fact to
2 which objection has been made.  28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v.
3 Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920
4 (1982).  As to any portion of the proposed findings of fact to which no objection has been made,
5 the court assumes its correctness and decides the motions on the applicable law.  See Orand v.
6 United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are
7 reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.
8 1983).

9      The court has reviewed the applicable legal standards and, good cause appearing,
10 concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.
11 Accordingly, IT IS ORDERED that:

12      1. The proposed Findings and Recommendations filed October 10, 2007, are
13 ADOPTED;

14      2. This action is dismissed without prejudice, and the Clerk is directed to close
15 the case.  See Fed. R. Civ. P. 41(b); Local Rule 11-110.

16 DATED: November 15, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

addressed the court's concerns regarding subject matter jurisdiction, the court finds that the
magistrate judge's recommendation of dismissal is appropriate.